UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Electronically Filed)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )CRIMINAL ACTION NO. 3:13CR-174-JGH |
| | ) |
| ABRAHAM GALLEGOS, | ) |
| | ) |
| Defendant | ) |

**MOTION FOR THE RELEASE OF**
**MOTOR VEHICLE**

Comes the Defendant, Abraham Gallegos, by and through counsel, and hereby moves this Honorable Court to enter the attached Order releasing the motor vehicle seized at the time of the arrest of Abraham Gallegos on November 4, 2013, such arrest being the subject of state court indictment 13-CR-002945-001. In support of this motion, Defendant states as follows:

1. The motor vehicle at issue is the white, four door, 2003 Ford F-550 truck, plate number 871 GFZ, VIN: 1FDAW56P33EC75417, registration: Abraham Gallegos, 1581 East Sylvia Street, Olathe, KS 66061-303. As of October 10, 2013 the mileage on the vehicle was 71,207 miles. A lien is filed of record on the vehicle by the Industrial State Bank, 3201 Strong Avenue, Kansas City, KS 66106-2115

2. Attached herewith and marked as **EXHIBIT 1** is a copy of the promissory note and security agreement for the loan taken out on September 12, 2013 in the principal amount of $20,104.00. Further attached herewith and marked as **EXHIBIT 2** is a copy

of the Kansas Department of Revenue, Division of Vehicles, Registration receipt dated October 10, 2013 revealing the presence of a bank lien of record with the state of Kansas. Defendant asserts that the unpaid obligation on the vehicle is greater than the fair market value of the vehicle.

3. The automobile has remained in police custody since it was seized by the Louisville Metro Police on November 4, 2013. The vehicle's evidentiary value has been preserved as the police have searched and photographed the vehicle. Should it remain in tow lot storage, it will continue to deteriorate in value while the monthly obligation to the bank continues, and/or the vehicle accrues unnecessary and excessive storage fees.

4. Defendant Gallegos's attorney in the pending state court matter, Jefferson County Circuit Court Division Nine case 13-CR-002945-001, has advised that the arresting officer and prosecutor are willing to release the vehicle as all evidentiary purposes have been satisfied.

5. Upon this assurance, a motion was made for release of the motor vehicle in Jefferson Circuit Court Division Nine. The Honorable Judith McDonald-Burkman declined jurisdiction regarding release of the truck and has deferred to the ruling of this Court.

6. Subsequent to Judge Burkman's deferral, the assistant U.S. Attorney, by email to counsel for defendant, recommended that the matter first be resolved in state court and has advised that there would be no federal objection to the Commonwealth's return of the vehicle if specific return is granted by the state court. The Assistant U.S. Attorney, however, expressed reservation over whether this Court has jurisdiction.

7. Thus, as the state court has deferred to the federal court's decision to release the vehicle, and as the Louisville Police and federal prosecutor have each expressed consent to the vehicle's return, Defendant respectfully moves this Court to grant release of the automobile in the interest of preventing further loss in value on the vehicle to the detriment of the vehicle's lawful creditor.

WHEREFORE, Defendant requests that the vehicle be released without towing and storage fees so that it can be returned to the defendant's brother in Olathe, KS, to satisfy the obligation to lawful creditor.

/s/ Jonathan S. Ricketts
Ricketts Law Offices, PLLC
4055 Shelbyville Road
Louisville, KY  40207
(502) 896-2303 tel
(502) 896-2362 fax
jricketts@rickettslawoffices.com
*Counsel for Defendant*

## **CERTIFICATION**

I hereby certify that a copy of this has been electronically filed, via the Electronic Court Filing system for the Western District of Kentucky, on this the 21st day of May, 2014.

/s/ Jonathan S. Ricketts
Ricketts Law Offices, PLLC
4055 Shelbyville Road
Louisville, KY  40207
(502) 896-2303 tel
(502) 896-2362 fax
jricketts@rickettslawoffices.com
*Counsel for Defendant*

4