# PROMISSORY NOTE

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| 20,104.00 | 09-12-2013 | 09-15-2017 | 1145143 | 6C / 002 | GAA0060 | ASM | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

Borrower: Abraham Gallegos (SSN 516 82 1665)
1581 E Sylvia St
Olathe KS 66061

Lender: Industrial State Bank
P O Box 6007
3201 Strong Ave
Kansas City KS 66106
(913) 831 2000

Principal Amount: $20,104.00    Interest Rate: 13.000%    Date of Note: September 12, 2013

**PROMISE TO PAY.** I ("Borrower") promise to pay to Industrial State Bank ("Lender") or order in lawful money of the United States of America the principal amount of Twenty Thousand One Hundred Four & 00/100 Dollars ($20,104.00) together with interest on the unpaid principal balance from September 12, 2013 calculated as described in the "INTEREST CALCULATION METHOD" paragraph using an interest rate of 13.000% per annum until paid in full. The interest rate may change under the terms and conditions of the "INTEREST AFTER DEFAULT" section.

**PAYMENT.** I will pay this loan in 48 payments of $539.84 each payment. My first payment is due October 15, 2013 and all subsequent payments are due on the same day of each month after that. My final payment will be due on September 15, 2017 and will be for all principal and all accrued interest not yet paid. Payments include principal and interest. Unless otherwise agreed or required by applicable law, payments will be applied first to any accrued unpaid interest, then to principal, then to any unpaid collection costs, and then to any late charges. I will pay Lender at Lender's address shown above or at such other place as Lender may designate in writing.

**INTEREST CALCULATION METHOD.** Interest on this Note is computed on a 365/365 simple interest basis; that is, by applying the ratio of the interest rate over the number of days in a year (366 during leap years), multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding. All interest payable under this Note is computed using this method.

**PREPAYMENT MINIMUM FINANCE CHARGE.** I agree that all loan fees and other prepaid finance charges are earned fully as of the date of the loan and will not be refunded to me upon early payment (whether voluntary or as a result of default), except as otherwise required by law. In any event, even upon full prepayment of this Note other than from proceeds of another loan from Lender, I understand that Lender is entitled to a minimum finance charge of $7.50. Other than my obligation to pay any minimum finance charge, I may pay without penalty all or a portion of the amount owed earlier than it is due. A partial prepayment will be credited toward payment of future installments. My obligation to make regular installments will resume once the partial prepayment has been fully applied. If the partial prepayment is insufficient to meet the entire requirements of a particular future installment then I shall be obligated to pay such portion of the installment not covered by the partial prepayment. I agree not to send Lender payments marked "paid in full", "without recourse", or similar language. If I send such a payment, Lender may accept it without losing any of Lender's rights under this Note, and I will remain obligated to pay any further amount owed to Lender. All written communications concerning disputed amounts including any check or other payment instrument that indicates that the payment constitutes "payment in full" of the amount owed or that is tendered with other conditions or limitations or as full satisfaction of a disputed amount must be mailed or delivered to: Industrial State Bank P O Box 6007 3201 Strong Ave , Kansas City KS 66106.

**LATE CHARGE.** If a payment is 10 days or more late, I will be charged 5.000% of the regularly scheduled payment.

**INTEREST AFTER DEFAULT.** If Lender declares my entire loan immediately due after a default or upon final maturity, then the total sum due under this Note will accrue interest from the date of acceleration or maturity at the interest rate under this Note until paid in full.

**DEFAULT.** I will be in default if any of the following happens: (A) Payment Default. I fail to make a payment as required by this Note. (B) Other Defaults. The prospect of payment, performance, or realization of any collateral for this loan is significantly impaired.

**LENDER'S RIGHTS.** If I am in default, Lender may, in addition to any other rights Lender has and subject to any cure and notice provisions of the Kansas Uniform Consumer Credit Code, declare my entire loan immediately due. I will then pay Lender the unpaid part of the Principal Amount, any interest that is earned but unpaid, and any reasonable collection costs.

**ATTORNEYS' FEES EXPENSES.** Lender may hire or pay someone else who is not Lender's salaried employee to help collect this Note if I do not pay. I will pay Lender that amount. This includes all reasonable costs incurred in the collection of this Note, including but not limited to court costs, attorneys' fees and collection agency fees, except that such costs of collection shall not include recovery of both attorneys' fees and collection agency fees nor shall such costs be in excess of fifteen percent (15%) of the unpaid debt after default.

**JURY WAIVER.** Lender and I hereby waive the right to any jury trial in any action, proceeding, or counterclaim brought by either Lender or me against the other.

**GOVERNING LAW.** This Note will be governed by federal law applicable to Lender and, to the extent not preempted by federal law, the laws of the State of Kansas without regard to its conflicts of law provisions. This Note has been accepted by Lender in the State of Kansas.

**DISHONORED ITEM FEE.** I will pay a fee to Lender of $10.00 if I make a payment on my loan and the check or preauthorized charge with which I pay is later dishonored.

**RIGHT OF SETOFF.** To the extent permitted by applicable law, Lender reserves a right of setoff in all my accounts with Lender (whether checking, savings, or some other account). This includes all accounts I hold jointly with someone else and all accounts I may open in the future. However, this does not include any IRA or Keogh accounts, or any trust accounts for which setoff would be prohibited by law. I authorize Lender, to the extent permitted by applicable law, to charge or setoff all sums owing on the indebtedness against any and all such accounts.

**COLLATERAL.** I acknowledge this Note is secured by the following collateral described in the security instrument listed herein: a motor vehicle described in a Consumer Security Agreement dated September 12, 2013.

**MAXIMUM LATE CHARGE.** The maximum late charge is limited to $25.00.

**VEHICLE REGISTRATION.** I hereby agree to register the above referenced vehicle and/or trailer with the appropriate agency within (30) days from the original date of purchase. Failure to do so will be considered a default of the terms and conditions of this agreement.

**RECEIPT OF PAYMENTS.** All payments must be made by check, money order, or other instrument in U.S. dollars and must be received by us at the remittance address shown on note. Payments received at that address prior to 3:00 PM Central Standard Time on any business day will be credited to your account as of the date received. If Lender receives payments after 3:00 PM, payments may be delayed until the next business day.

**SUCCESSOR INTERESTS.** The terms of this Note shall be binding upon me and upon my heirs, personal representatives, successors and assigns, and shall inure to the benefit of Lender and its successors and assigns.

**NOTIFY US OF INACCURATE INFORMATION WE REPORT TO CONSUMER REPORTING AGENCIES.** I may notify Lender if Lender reports any inaccurate information about my account(s) to a consumer reporting agency. My written notice describing the specific inaccuracy(ies) should be sent to Lender at the following address: Industrial State Bank P O Box 6007 Kansas City KS 66106

**GENERAL PROVISIONS.** If any part of this Note cannot be enforced, this fact will not affect the rest of the Note. Lender may delay or forgo enforcing any of its rights or remedies under this Note without losing them. I and any other person who signs, guarantees or endorses this Note, to the extent allowed by law, waive presentment, demand for payment, protest and notice of dishonor. Upon any change in the terms of this Note, and unless otherwise expressly stated in writing, no party who signs this Note, whether as maker, guarantor, accommodation maker or endorser, shall be released from liability. All such parties agree that Lender may renew or extend (repeatedly and for any length of time) this loan or release any party or guarantor or collateral; or impair, fail to realize upon or perfect Lender's security interest in the collateral. All such parties also agree that Lender may modify this loan without the consent of or notice to anyone other than the party with whom the modification is made. The obligations under this Note are joint and several. This means that the words "I", "me", and "my" mean each and all of the persons signing below.

**APPLICABLE LENDING LAW.** I AGREE THAT TO THE EXTENT NOT PREEMPTED BY FEDERAL LAW, THIS NOTE IS SUBJECT TO THE KANSAS UNIFORM CONSUMER CREDIT CODE AND THAT THE RATES OF INTEREST ALLOWED BY K.S.A. SECTION 16A-2-401 SHALL APPLY TO THIS LOAN.

EXHIBIT 1

```
Loan No 1145143                    PROMISSORY NOTE                              Page 2
                                     (Continued)
```

PRIOR TO SIGNING THIS NOTE I READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS NOTE I AGREE TO THE TERMS OF THE NOTE ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF THIS PROMISSORY NOTE

This Notice is required by Kansas law. In this Notice the term "you" means the Borrower named above

NOTICE TO CONSUMER  1. Do not sign this Agreement before you read it  2. You are entitled to a copy of this Agreement  3. You may prepay the unpaid balance at any time without penalty

BORROWER

X _____
  Abraham Gallegos

# CONSUMER SECURITY AGREEMENT

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| 20,104.00 | 09-12-2013 | 09-15-2017 | 1145143 | 60 / 002 | GAA0060 | ASM | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item
Any item above containing "***" has been omitted due to text length limitations

antor Abraham Gallegos (SSN 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)
1581 E Sylvia St
Olathe KS 66061

Lender Industrial State Bank
P O Box 6007
3201 Strong Ave
Kansas City KS 66106
(913) 831-2000

THIS CONSUMER SECURITY AGREEMENT dated September 12 2013 is entered into between Abraham Gallegos (referred to below as "I") and Industrial State Bank (referred to below as "Lender")

**GRANT OF SECURITY INTEREST** To secure the Indebtedness described herein (including all obligations under the Note and this Agreement) I grant to Lender a security interest in all of the Property described below I understand that the following statements set forth my responsibilities as well as Lender's rights concerning the Property I agree as follows

**PROPERTY DESCRIPTION** The word "Property" as used in this Agreement means the following described property in which I am giving to Lender a security interest for the payment of the Indebtedness and performance of all other obligations under the Note and this Agreement

2003 Ford F550 CB (VIN F1DAW56P33EC76417)

In addition the word "Property" also includes all the following any and all accessions attachments accessories, replacements of and additions to any of the property described herein (such as tires or batteries attached to a car, a motor attached to a boat or appliances and fixtures attached to a mobile home) whether added now or later together with all proceeds (including insurance proceeds and refunds of insurance premiums) if any and sums due from a third party who has damaged or destroyed the Property or from that party's insurer, whether due to judgment settlement or other process

Despite any other provision of this Agreement, Lender is not granted, and will not have a nonpurchase money security interest in household goods to the extent such a security interest would be prohibited by applicable law In addition if Lender is required to give notice of the right to cancel under Truth in Lending in connection with any additional loans extensions of credit and other liabilities or obligations of me to Lender then this Agreement shall not secure additional loans or obligations unless and until such notice and all material Truth in Lending disclosures are delivered

**CROSS COLLATERALIZATION** In addition to the Note, this Agreement secures all amounts I owe to Lender, whether owed now or later This means that every loan I have now or obtain later with Lender is secured by this Agreement This Agreement also secures all other amounts and obligations that I may owe to Lender (such as an overdraft on a checking account) However this Agreement shall not secure any additional loans or obligations if doing so would cause such additional loan or obligation to be subject to the limitations on consumer credit extended to service members their spouses and their dependants as provided in 10 U S C Section 987 and its implementing regulations

**RIGHT OF SETOFF** To the extent permitted by applicable law, Lender reserves a right of setoff in all my accounts with Lender (whether checking savings, or some other account) This includes all accounts I hold jointly with someone else and all accounts I may open in the future However, this does not include any IRA or Keogh accounts or any trust accounts for which setoff would be prohibited by law I authorize Lender to the extent permitted by applicable law to charge or setoff all sums owing on the Indebtedness against any and all such accounts

**REPRESENTATIONS AND PROMISES WITH RESPECT TO THE PROPERTY** I represent and promise to Lender that

Ownership I am the lawful owner of the Property The Property is free and clear of all loans liens security interests, mortgages claims and encumbrances except for those I have disclosed to Lender in writing prior to my signing this Agreement I agree to defend Lender's rights in the Property against the claims and demands of all persons I will not allow any other liens on the Property even if they are junior to Lender's lien I have the full authority and right to enter into this Agreement and to grant a security interest in the Property to Lender

No Sale Without Lender's prior written consent, I will not sell lease transfer, borrow against or otherwise dispose of any of my rights in the Property unless and until all the Indebtedness is paid in full

Location of the Property Except for vehicles I agree to keep the Property at my address shown above unless Lender tells me I can move it If the Property is a vehicle I will keep the Property at those addresses except for routine travel I will not do anything that requires applying for a certificate of title for the vehicle in another state If I move from my address shown above to another location within the same state I may move the Property to my new address but only if I give Lender the new address in writing prior to my moving In any event I agree to keep Lender informed at all times of my current address

Maintenance and Insurance I will keep the Property in good condition and repair If the Property is damaged lost or stolen I immediately will inform Lender I will keep the Property fully insured against all loss or damage by fire theft collision and such other hazards as Lender may require from time to time The insurance will be on terms including deductible provisions and endorsements, that are satisfactory to Lender including stipulations that coverages will not be cancelled or diminished without at least thirty (30) days prior written notice to Lender and not including any disclaimer of the insurer's liability for failure to give such notice I understand I may obtain insurance from any insurance company I may choose that is reasonably acceptable to Lender I will provide Lender with the original insurance policy or other proof satisfactory to Lender of the insurance coverage together with all endorsements required by Lender including an endorsement naming Lender as the party to whom all losses will be paid If Lender receives a refund of any insurance premiums I agree that the refund is Property covered by this Agreement Lender may apply the refund to payment of any of the Indebtedness Any insurance policy which I deliver to Lender will be held to secure payment of the Indebtedness Until all Indebtedness is paid in full, Lender is authorized but shall not be required, to file any proof of loss, adjust any loss receive and receipt for any sum payable surrender any policy discharge and release any insurer, endorse any loss or refund check or draft and in general do in my name or otherwise, any and all things with respect to the insurance or any insurance proceeds

Licensing and Governmental Regulations I agree to keep the Property licensed at all times as required by all applicable state and federal laws In addition I agree to pay when due all license fees, taxes and assessments relating to the Property or the use of the Property I further agree that the Property will not be used for any unlawful purpose or in violation of any statute law ordinance or regulation relating to the use operation, or control of the Property

Inspection I agree that Lender or Lender's agents shall have the right from time to time to inspect the Property wherever located

Financing Statements I authorize Lender to file a UCC financing statement or alternatively, a copy of this Agreement to perfect Lender's security interest At Lender's request I additionally agree to sign all other documents that are necessary to perfect protect and continue Lender's security interest in the Property I will pay all filing fees, title transfer fees and other fees and costs involved unless prohibited by law or unless Lender is required by law to pay such fees and costs Lender may file a copy of this Agreement as a financing statement I will promptly notify Lender of any change to my name or the name of any individual Grantor any individual who is a partner for a Grantor and any individual who is a trustee or settlor or trustor for a Grantor under this Agreement I will also promptly notify Lender of any change to the name that appears on the most recently issued unexpired driver's license or state issued identification card any expiration of the most recently issued driver's license or state issued identification card for me or any individual for whom I am required to provide notice regarding name changes

**LENDER'S EXPENDITURES** If I fail (A) to keep the Property free of all taxes, liens security interests encumbrances and other claims, (B) to provide any required insurance on the Property or (C) to make repairs to the Property then Lender may do so If any action or proceeding is commenced that would materially affect Lender's interests in the Property then Lender on my behalf may but is not required to, take any action that Lender believes to be appropriate to protect Lender's interests All expenses incurred or paid by Lender for such purposes will then bear interest at the rate charged under the Note from the date incurred or paid by Lender to the date of repayment by me All such expenses will become a part of the Indebtedness and at Lender's option will (A) be payable on demand (B) be added to the balance of the Note and be apportioned among and be payable with any installment payments to become due during either (1) the term of any applicable insurance policy or (2) the remaining term of the Note or (C) be treated as a balloon payment which will be due and payable at the Note's maturity The Agreement also will secure payment of these amounts The rights provided for in this paragraph shall be in addition to any other rights or any remedies to which Lender may be entitled on account of any default Any such action by Lender shall not be construed as curing the default so as to bar Lender from any remedy that it otherwise would have had

**DEFAULT** I will be in default if any of the following happens

Payment Default I fail to make any payment when due under the Note

Other Payment Defaults I fail to make any other payment when due under this Agreement

Property The prospect of payment, performance, or realization of the Property is significantly impaired

LENDER'S RIGHTS I may keep and use the Property so long as I am not in default under this Agreement If I am in default this is what Lender may do In addition to any other rights Lender may have

Accelerate Indebtedness Lender may declare all Indebtedness immediately due and payable without notice

Other Rights and Remedies In addition Lender will have all the rights of a secured party under the Uniform Commercial Code and other applicable law as limited by the Kansas Uniform Consumer Credit Code If the Property contains any goods not covered by this Agreement at the time of repossession I agree that Lender may take such goods, provided that Lender makes reasonable efforts to return them to me after repossession If Lender asks me to do so I will gather the Property and make it available to Lender at a place reasonably convenient to both Lender and me

Application of Proceeds If Lender sells the Property Lender will apply the "net proceeds" of the sale to reduce the amount owed Lender "Net proceeds" means the sale price less the expenses of repossession repair and sale I agree that to the extent permitted by law I will owe Lender any difference between the amount of the Indebtedness and the net proceeds Lender receives from the sale of the Property

Notice Unless the Property threatens to decline speedily in value or is of a type customarily sold on a recognized market, Lender will give me and other persons as required by law, reasonable notice of the time and place of any public sale or of the time after which any private sale or any other intended disposition of the Property is to be made The requirements of reasonable notice shall be met if such notice is given at least ten (10) days before the time of the sale or disposition, except as otherwise required by applicable law

MISCELLANEOUS PROVISIONS The following miscellaneous provisions are a part of this Agreement

Amendments and Interpretation (1) What is written in this Agreement is my entire agreement with Lender concerning the Property This Agreement may not be changed except by another written agreement between us (2) If more than one person signs below our obligations are joint and several This means that the words "I," "me," and "my" mean each and every person or entity signing this Agreement, and that if Lender brings a lawsuit, Lender may sue any one or more of us I also understand Lender need not sue Borrower first and that Borrower need not be joined in any lawsuit (3) The names given to paragraphs or sections in this Agreement are for convenience purposes only They are not to be used to interpret or define the provisions of this Agreement (4) I agree that this Agreement is the most reliable evidence of my agreements with Lender

Attorneys Fees Expenses Lender may hire or pay someone else who is not Lender's salaried employee to help enforce this Agreement or to collect the Indebtedness, and I shall pay the costs and expenses of such enforcement Costs and expenses include all reasonable costs incurred in the collection of the Indebtedness, including but not limited to, court costs, attorneys' fees and collection agency fees, except that such costs of collection shall not include recovery of both attorneys' fees and collection agency fees nor shall such costs be in excess of fifteen percent (15%) of the unpaid debt after default

Caption Headings Caption headings in this Agreement are for convenience purposes only and are not to be used to interpret or define the provisions of this Agreement

Governing Law This Agreement will be governed by federal law applicable to Lender and to the extent not preempted by federal law the laws of the State of Kansas without regard to its conflicts of law provisions This Agreement has been accepted by Lender in the State of Kansas

Notices Any notice required to be given under this Agreement shall be given in writing and shall be effective when actually delivered, when actually received by telefacsimile (unless otherwise required by law) when deposited with a nationally recognized overnight courier or if mailed, when deposited in the United States mail, as first class certified or registered mail postage prepaid, directed to the addresses shown near the beginning of this Agreement Any person may change his or her address for notices under this Agreement by giving formal written notice to the other person or persons, specifying that the purpose of the notice is to change the person's address For notice purposes I agree to keep Lender informed at all times of my current address Unless otherwise provided or required by law If there is more than one Grantor, any notice given by Lender to any Grantor is deemed to be notice given to all Grantors It will be my responsibility to tell the others of the notice from Lender

No Waiver by Lender I understand Lender will not give up any of Lender's rights under this Agreement unless Lender does so in writing The fact that Lender delays or omits to exercise any right will not mean that Lender has given up that right If Lender does agree in writing to give up one of Lender's rights that does not mean I will not have to comply with the other provisions of this Agreement I also understand that if Lender does consent to a request that does not mean that I will not have to get Lender's consent again if the situation happens again I further understand that just because Lender consents to one or more of my requests, that does not mean Lender will be required to consent to any of my future requests I waive presentment, demand for payment, protest, and notice of dishonor I waive all rights of exemption from execution or similar law in the Property, and I agree that the rights of Lender in the Property under this Agreement are prior to my rights while this Agreement remains in effect

Severability If a court finds that any provision of this Agreement is not valid or should not be enforced, that fact by itself will not mean that the rest of this Agreement will not be valid or enforced Therefore a court will enforce the rest of the provisions of this Agreement even if a provision of this Agreement may be found to be invalid or unenforceable

Successors and Assigns Subject to any limitations stated in this Agreement on transfer of my interest this Agreement shall be binding upon and inure to the benefit of the parties, their successors and assigns If ownership of the Property becomes vested in a person other than me Lender, without notice to me may deal with my successors with reference to this Agreement and the Indebtedness by way of forbearance or extension without releasing me from the obligations of this Agreement or liability under the Indebtedness

Time is of the Essence Time is of the essence in the performance of this Agreement

Waive Jury All parties to this Agreement hereby waive the right to any jury trial in any action proceeding, or counterclaim brought by any party against any other party

DEFINITIONS The following words shall have the following meanings when used in this Agreement

Agreement The word 'Agreement' means this Consumer Security Agreement as this Consumer Security Agreement may be amended or modified from time to time together with all exhibits and schedules attached to this Consumer Security Agreement from time to time

Borrower The word "Borrower" means Abraham Gallegos and includes all co-signers and co-makers signing the Note and all their successors and assigns

Grantor The word "Grantor" means Abraham Gallegos

Indebtedness The word "Indebtedness" means the indebtedness evidenced by the Note or Related Documents, including all principal and interest together with all other indebtedness and costs and expenses for which I am responsible under this Agreement or under any of the Related Documents Specifically without limitation Indebtedness includes all amounts that may be indirectly secured by the Cross Collateralization provision of this Agreement

Lender The word "Lender" means Industrial State Bank, its successors and assigns The words "successors or assigns" mean any person or company that acquires any interest in the Note

Note The word Note means the note or credit agreement dated September 12, 2013 in the principal amount of $20,104 00 from Abraham Gallegos to Lender, together with all renewals of extensions of modifications of, refinancings of, consolidations of and substitutions for the note or credit agreement

Property The word "Property" means all of my right, title and interest in and to all the Property as described in the "Property Description" section of this Agreement

Related Documents The words "Related Documents" mean all promissory notes, credit agreements, loan agreements, environmental agreements guaranties, security agreements, mortgages deeds of trust, security deeds, collateral mortgages and all other instruments, agreements and documents whether now or hereafter existing executed in connection with the Indebtedness

Loan No 1145143

## CONSUMER SECURITY AGREEMENT
### (Continued)

Page 3

I HAVE READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS CONSUMER SECURITY AGREEMENT AND AGREE TO ITS TERMS THIS AGREEMENT IS DATED SEPTEMBER 12 2013

This Notice is required by Kansas law  In this Notice the term "you" means the Grantor named above

NOTICE TO CONSUMER  1  Do not sign this Agreement before you read it   2  You are entitled to a copy of this Agreement  3  You may prepay the unpaid balance at any time without penalty

GRANTOR

X _[signature]_
Abraham Gallegos

LENDER

INDUSTRIAL STATE BANK

By _[signature]_
Andrew Manivong, Vice President