

Kansas Department of Revenue
Division of Vehicles
Topeka, KS 66626-0001

KS 2014

## REPRINT REGISTRATION RECEIPT

### Title Held Electronically



FEB

871GFZ

Gallegos, Abraham
1581 E Sylvia St
Olathe, KS 660613030

Renew by last day of February
Enforcement Date 1st Day of March

**Johnson County**

**DATE:** 10/10/2013

Gallegos, Abraham

1581 E Sylvia St
Olathe, KS 660613030

**PLATE TYPE:** Standard
**VEHICLE TYPE:** Truck

**VIN:** 1FDAW56P33EC75417
**MAKE:** FORD
**MODEL:** F550
**STYLE:** CB
**Purchase/Rec'd Date:** 09/12/2013
**Usage:** Regular
**Mileage Status:** Actual

**PLATE#:** 871GFZ
**REGISTRATION EXPIRES:** 12/31/2013

Year: 2003
**EMPTY WT:** 9000
**DECLARED WT:** 24000

**MILEAGE:** 71207

### FEE SUMMARY

| | |
|---|---|
| Current Reg./Srvc. | $1.00 |
| Property Tax | $0.00 |
| Mod. Fee | $0.00 |
| Special Plate Fee(s) | $0.00 |

Industrial State Bank
3201 Strong Ave
Kansas City, KS 661062115

I hereby affirm and certify that I am a resident/ have a bona fide place of business in this county, am an owner of and have in effect financial security for the above vehicle as required by law, have disclosed/verified any/all liens for, am entitled to the license plate issued, and that the information listed on this application is true and correct. FALSE CERTIFICATION CAN RESULT IN CRIMINAL PROSECUTION UNDER PENALTY OF LAW.

OWNER'S SIGNATURE(S) _____

**INSURANCE:**

Policy #:
Expiration:

| | | | Prior Year(s) Tax | | Current Year | |
|---|---|---|---|---|---|---|
| Situs: Johnson | Property Tax Statement | | | | | |
| Tax Unit 611 | Prev Tax Value | $0.00 | Tax | $0.00 | Tax | $0.00 |
| Class Code: 025 | New Tax Value | $0.00 | Penalty | $0.00 | Penalty | $0.00 |
| | | | Credit | $0.00 | Credit | $0.00 |
| | | | Total | $0.00 | Total | $0.00 |

Tax Refund: Prior Yr.(s): $0.00    Current Yr.: $0.00    Total Refund: $0.00

EXHIBIT 2

INDUSTRIAL STATE BANK

About | Client Porta | NetForum | Website | Help Desk | Home

Loan Inquiry For
ABRAHAM GALLEGOS

1145143 L

PREVIOUS <    SUBMIT >    EXIT

SPECIAL MESSAGES.

Payment amount  539.84           Current balance   18,479.67
Next due date    Saturday, March 15 2014    Original balance  20,104.00

VIEW IMAGE     PRINT IMAGE

TRANSACTION SET

| Posted | Effective | Due Dt | Src | T/C | D/C | Aff | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 9/12/13 | 9/12/13 |  | G | 00869 | C | N | .00 | .00 |
| 9/13/13 | 9/13/13 | 10/15/13 | M | 00001 | D | P | 20,104.00 | 20,104.00 |
| 10/15/13 | 10/15/13 | 10/15/13 | F | 00341 | C | Q | 539.84 | 19,793.29 |
| 11/15/13 | 11/15/13 | 11/15/13 | F | 00341 | C | Q | 539.84 | 19,471.99 |
| 12/16/13 | 12/16/13 | 12/15/13 | F | 00341 | C | Q | 539.84 | 19,140.20 |
| 1/15/14 | 1/15/14 | 1/15/14 | F | 00341 | C | Q | 539.84 | 18,811.81 |
| 2/18/14 | 2/18/14 | 2/15/14 | F | 00341 | C | Q | 539.84 | 18,479.67 |

Previous

The upper portion of this screen contains the customer's short name, account number, original amount of the loan, current balance of the loan, payment amount, and next payment date. In addition to these fields, a "Control" field is present. It is used to perform some search operations explained below. There is also the option to View or Print at the top right hand side of the screen if image is active.

Learn more. >

PAGE FUNCTIONS
REDISPLAY
RATE STAT CHANGE
SCAN FORWARD
SCAN BACKWARD
ALLOCATION HIST
ESCROW ONLY
SHADOW
DSP SERIAL NUMBER
TOP
BOTTOM
EFT
DETAIL
REVERSALS
TRAN CODES
UNIT NUMBER

PREVIOUS <    SUBMIT >    EXIT