UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Electronically Filed)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CRIMINAL ACTION NO. 3:13CR-174-JGH |
| | ) |
| ABRAHAM GALLEGOS, | ) |
| | ) |
| Defendant | ) |

## **ORDER**

Motion having been made and this court sufficiently advised,

IT IS HEREBY ORDERED that the vehicle be released without towing and storage fees so that it can be returned to the Defendant's brother in Olathe, KS, to satisfy the obligation to lawful creditor.

_____
DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

_____
DATE

Prepared by:
/s/Jonathan S. Ricketts
Ricketts Law Offices, PLLC
4055 Shelbyville Rd.
Louisville, Kentucky 40207
(502) 896-2303
*Counsel for Defendant*