UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Electronically Filed)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )CRIMINAL ACTION NO. 3:13CR-174-JGH |
| | ) |
| ABRAHAM GALLEGOS, | ) |
| | ) |
| Defendant | ) |

## **ORDER**

Motion having been made and this court sufficiently advised,

IT IS HEREBY ORDERED that the DETENTION ORDER IS REVOKED as relates to defendant Abraham Gallegos. Defendant is to be released on his own personal recognizance and is HEREBY ORDERED to refrain from contact with all co-defendants or convicted felons.

_____
DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

_____
DATE

Prepared by:
/s/Jonathan S. Ricketts
Ricketts Law Offices, PLLC
4055 Shelbyville Rd.
Louisville, Kentucky 40207
(502) 896-2303
*Counsel for Defendant*

1