JEF-056-16
Rev. 07-99
Page 1 of 1
Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov



RELEASE FROM CUSTODY

Court (Circuit) District
County  Jefferson

BY ORDER OF

Jefferson  CIRCUIT  Court / Division # NINE

TO

Jefferson County Department of Corrections / Jailer of  JEFFERSON COUNTY

You are hereby commanded to release:  06-09-1980

Defendant  ABRAHAM GALLEGOS                    - 1665   in your custody

Alias

Case No.  13CR2945-1

Charges

EOMAL TICS 1 (METH)

Witness my hand as Clerk of said Court this  11  day of  DECEMBER  2013

Circuit Court Clerk
Jefferson Circuit / District Court

By _____ D.C.

NSR

RELEASE TO THIS CHARGE, THIS CASE ONLY

EXHIBIT 1

THE UNAUTHORIZED REPRODUCTION OF THIS FORM WILL RESULT IN PROSECUTION TO THE MAXIMUM EXTENT OF THE LAW!

JEF-056-66
Rev. 6-06
Page 1 of 1
Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov



**ORDER OF COMMITMENT
(MITTIMUS)**

Case No. **13CR2945-1**

Court : **CIRCUIT 9**

County: **JEFFERSON**

JEFFERSON CIRCUIT COURT
To Jefferson County Department of Corrections

6-9-80

xxx-xx-1665

Defendant **Abraham Gallegos**

Alias _____

Case Number **13CR2945**

Charges **Comp TICS I (meth)**

Return Date **January 6, 2014**
Time **9:30 a.m.**

**NEW**

Bond **$50,000 (10%), no contact with co-defendents or any other convicted felon**

*no property bond*

OR

Safely keep defendant having been sentenced to _____

**December 11, 2013**
Date

_____
Judge, Jefferson Circuit Court

ENTERED IN COURT

BY _____
Deputy Clerk

*OK for out of state
Surety Only*

PLEASE PRINT        PLEASE PRINT        PLEASE PRINT

# POSTING A BOND?
## PRE FILING INFORMATION

## DEFENDANT
### Please complete the information you know:

CASE # 13CR2945-1

BOND AMT: $ 50,000/10% (IF PROPERTY- QUIT CLAIM DEEDS NOT ALLOWED)

LAST NAME: GALLEGOS        FIRST NAME ABRAHAM

CURRENT ADDRESS: 1581 SYLVIA ST
OLATHE KS 66061

CURRENT PHONE: 913   220-0820

TYPE OF EMPLOYMENT SMALL BUSINESS OWNER

## SURETY (your) DATA

PICTURE ID:   (MUST HAVE OR CANNOT POST / PRESENT TO CLERK)

ADDRESS ON ID CORRECT:   YES ✓   NO ____ (IF NO LIST)

PHONE #: 913 220-0820

TYPE OF EMPLOYMENT: _____

IF BOND IS $10,000.00 OR GREATER SOC SEC # _____

**INNER OFFICE FORM**

JEF-056-66
Rev. 6-06
Page 1 of 1
Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov



**ORDER OF COMMITMENT (MITTIMUS)**

Case No. <u>13CR2945-1</u>

Court: <u>CIRCUIT 9</u>

County: <u>JEFFERSON</u>

JEFFERSON CIRCUIT COURT
To Jefferson County Department of Corrections

6-9-80

xxx-xx-1665

Defendant **Abraham Gallegos**

Alias _____

Case Number **13CR2945**

Charges **Comp TICS I (meth)**

Return Date <u>January 6, 2014</u>
Time <u>9:30 a.m.</u>

**NEW**
Bond: <u>$50,000 (10%), no contact with co-defendents or any other convicted felon</u>
*no property bond*

OR

Safely keep defendant having been sentenced to _____

<u>December 11, 2013</u>
Date

_____
Judge, Jefferson Circuit Court

ENTERED IN COURT

BY _____
Deputy Clerk