IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

STATE OF MISSOURI,

Plaintiff,

CASE NO. CR1999-01489

vs.

DIVISION NO. 18

ABRAHAM GALLEGOS,
DOB: 06-09-1980

Defendant.

## ORDER

December 21, 2004 – Movant appears in person and with attorney Patrick Peters. Michael Hunt appears on behalf of the State.

The Court having granted Post Conviction Relief in Abraham Gallegos vs. State 03CV210500 held further proceedings this date. The original indictment was reinstated.

## GUILTY PLEA/JUDGMENT
(Suspended Imposition of Sentence)

State appears by Assistant Prosecuting Attorney, Michael Hunt. Defendant appears in person and by attorney Patrick Peters.

IT IS ADJUDGED that defendant, having been found guilty upon a plea of guilty entered on December 21, 2004, is guilty of the offense(s) of:
Count I - Unlawful Use of A Weapon, Exhibiting, Class D Felony.
Count II is dismissed by the Assistant Prosecuting Attorney in open court.
Count III is dismissed by the Assistant Prosecuting Attorney in open court.
Defendant enters a plea of guilty to Count I.

Defendant understands the charges against him and the consequences of his plea. Defendant has been advised of his rights, understands them, and voluntarily, freely, and intelligently waives those rights. Defendant is able to understand and assist his attorney. Defendant has been ably and competently assisted by his attorney. Defendant has no mental disease or defect defense. Defendant's decision to plead guilty has been made freely and voluntarily and intelligently. Beyond a reasonable doubt, defendant is guilty of the crime(s). The plea of guilty is accepted and the Court finds that defendant is guilty of the crime(s).

12-21-04
ORDER

EXHIBIT 2

IT IS ORDERED that imposition of sentence be suspended and defendant is placed on probation for a period of three (3) years under the supervision of the Missouri State Board of Probation and Parole subject to the general conditions of probation and the following special conditions of probation:

1. Defendant shall submit to random tests of blood, breath and urine by Probation Officer or any Law Enforcement Officer.
2. Defendant may not consume alcohol or any illegal substances.
3. Defendant shall report Probation and Parole to sign Probation Agreement within 24 hours of release from confinement.
4. Defendant may not operate a motor vehicle unless and until properly licensed and insured.
5. Successfully complete any treatment or training program as directed by Probation and Parole.
6. Maintain fulltime verifiable employment.

IT IS ORDERED AND ADJUDGED that the State of Missouri have and recover from the defendant the sum of $46.00 for the Crime Victims' Compensation Fund, and that execution issue therefor.

The Court finds no probable cause to believe that defendant has been inadequately or ineffectively assisted by counsel.

12/21/04
Date

JON R. GRAY, Judge

I hereby certify that a copy of the foregoing was duly delivered this 21st day of December, 2004, to:

Assistant Prosecuting Attorney
Attorney for Defendant
State Board of Probation & Parole
Jackson County Dept. of Corrections
Missouri Department of Corrections-Crossroads

Mary Anderson, Judicial Administrative Assistant