

# Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GALLEGOS, ABRAHAM 15419-033

SEQUENCE: 00205725
Report Date: 10-09-2020



| | |
|---|---|
| Facility: | OAK OAKDALE I FCI |
| Name: | GALLEGOS, ABRAHAM |
| Register No.: | 15419-033 |
| Quarters: | E06-337L |
| Age: | 40 |
| Date of Birth: | 06-09-1980 |
| Custody Level: | IN |
| Security Level: | MINIMUM |
| Proj. Rel Date: | 09-25-2021 |
| Release Method: | GCT REL |
| DNA Status: | TEX04439 / 01-21-2015 |

## Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 21:846 AND 841(B)(1)(A)(VIII) CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (CT 1) 21:853 CRIMINAL FORFEITURE | 108 MONTHS |

Date Sentence Computation Began:    11-03-2014
Sentencing District:    KENTUCKY, WESTERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit | - InOp Time |
|---|---|---|---|---|
| 0 / 0 / 82 | 242 | Years: 6 Months: 11 Days: 6 | + 364 JC | - 0 InOp |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Program Plans

Inmate Gallegos arrived at FCC Oakdale (FCI I) on June 7, 2018, as a Close Supervision transfer from Texarkana. At his initial classification at this facility, he was encouraged to participate in the Inmate financial program, educational and vocational classes and maintain clear conduct throughout his incarceration.

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| OAK | EDUC DAY | EDUCATION DAYS | 09-21-2020 |

## Work Assignment Summary

Inmate Gallegos is not assigned to a work detail due to the COVID-19 pandemic.
Current

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| OAK | ESL HAS | ENGLISH PROFICIENT | 01-20-2015 |
| OAK | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-20-2015 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| OAK | W | BUSINESS 6:30 - 8:00 | 02-03-2020 | 03-13-2020 |
| OAK | C | HEALTH CARE SEMINAR | 06-20-2019 | 06-20-2019 |
| OAK | C | HOW TO MARKET YOUR BUSINESS | 04-16-2019 | 06-11-2019 |
| OAK | C | INTRO TO REAL ESTATE | 04-22-2019 | 06-10-2019 |
| OAK | C | MOCK JOB FAIR (RPP#2) | 04-25-2019 | 04-25-2019 |
| OAK | C | TRANSITION - PART 5 | 04-04-2019 | 04-05-2019 |
| OAK | C | TRANSITION - PART 4 | 04-01-2019 | 04-03-2019 |
| OAK | C | TRANSITION - PART 3 | 03-25-2019 | 03-29-2019 |
| OAK | C | TRANSITION - PART 2 | 03-13-2019 | 04-01-2019 |
| OAK | C | INSIDE OUT DAD IN SPAN(RPP#6) | 12-17-2018 | 03-11-2019 |
| OAK | C | TRANSITION - PART 1 | 03-04-2019 | 03-13-2019 |
| OAK | C | TRANSITION - PART 6 | 12-19-2018 | 03-13-2019 |
| OAK | C | BEGINNING LEATHER | 01-31-2019 | 02-26-2019 |
| OAK | C | CAREER PLANNING (RPP#2) | 07-19-2018 | 08-23-2018 |



**Summary Reentry Plan - Progress Report**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GALLEGOS, ABRAHAM   15419-033

SEQUENCE: 00205725
Report Date: 10-09-2020

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| TEX | C | ROSETTA ITALIAN III | 12-13-2016 | 03-28-2017 |
| TEX | C | ROSETTA ITALIAN II | 09-15-2016 | 12-13-2016 |
| TEX | C | NFPT FUNDAMENTALS | 07-30-2016 | 10-22-2016 |
| TEX | C | NFPT NUTRITION | 07-30-2016 | 09-12-2016 |
| TEX | C | DISEASE PREVENTION | 07-30-2016 | 08-28-2016 |
| TEX | C | BASIC ANATOMY | 07-30-2016 | 08-28-2016 |
| TEX | C | ROSETTA ITALIAN I | 07-15-2016 | 08-27-2016 |
| TEX | C | COMPUTER APP 530-830 M-THURS | 05-28-2015 | 05-20-2016 |
| TEX | C | RELEASE REQUIREMENTS C5 | 07-01-2015 | 07-01-2015 |
| TEX | C | COMMUNITY RESOURCES C4 | 07-01-2015 | 07-01-2015 |
| TEX | C | BEAD CL | 02-15-2015 | 04-23-2015 |

### Education Information Summary

Inmate gallegos has completed the following Educational/Vocational Training courses while incarcerated in the Federal Bureau of Prisons:

### Discipline Reports

| Hearing Date | Prohibited Acts |
|---|---|
| 09-18-2019 | 108 : POSSESSING A HAZARDOUS TOOL |
| 05-14-2018 | 113 : POSSESSING DRUGS/ALCOHOL |
| 04-27-2016 | 316 : BEING IN UNAUTHORIZED AREA |

### Discipline Summary

Inmate Gallegos has remained incident for the past year.

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| OAK | A-DES | OTHER AUTH ABSENCE RETURN | 09-21-2020 | CURRENT |
| OAK | A-DES | OTHER AUTH ABSENCE RETURN | 08-03-2020 | 09-21-2020 |
| OAK | A-DES | OTHER AUTH ABSENCE RETURN | 09-10-2019 | 08-03-2020 |
| OAK | A-DES | OTHER AUTH ABSENCE RETURN | 01-15-2019 | 09-10-2019 |
| OAK | A-DES | TRANSFER RECEIVED | 06-07-2018 | 01-15-2019 |
| TEX | A-DES | OTHER AUTH ABSENCE RETURN | 08-17-2017 | 06-07-2018 |
| TEX | A-DES | OTHER AUTH ABSENCE RETURN | 07-26-2017 | 08-17-2017 |
| TEX | A-DES | OTHER AUTH ABSENCE RETURN | 04-17-2017 | 07-26-2017 |
| TEX | A-DES | US DISTRICT COURT COMMITMENT | 01-15-2015 | 04-17-2017 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 01-29-2015 |
| CARE2 | STABLE, CHRONIC CARE | 01-28-2015 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 07-28-2020 |
| LOWER BUNK | LOWER BUNK REQUIRED | 07-16-2020 |
| NO PAPER | NO PAPER MEDICAL RECORD | 01-28-2015 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 05-30-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-21-2015 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

NO ASSIGNMENTS

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 06-03-2015 |
| ED NONE | DRUG EDUCATION NONE | 01-27-2015 |



# Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GALLEGOS, ABRAHAM 15419-033

SEQUENCE: 00205725
Report Date: 10-09-2020

| Assignment | Description | Start |
|---|---|---|
| NR WAIT | NRES DRUG TMT WAITING | 11-28-2017 |

## Physical and Mental Health Summary

Inmate Gallegos is assigned regular duty work status with no medical restrictions with lower bunk required. He appears to enjoy good physical and mental health. He is assigned a
Medical Care Level of 2, indicating he is Healthy or requires only Stable / Chronic Care, and a Mental Health Care Level of 1, indicating no known mental
health issues or concerns.

## FRP Details

Most Recent Payment Plan

| | | | |
|---|---|---|---|
| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | Start: 03-12-2015 |
| Inmate Decision: | AGREED | $100.00 | Frequency: SINGLE |
| Payments past 6 months: | $0.00 | | Obligation Balance: $0.00 |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

## Financial Responsibility Summary

Inmate Gallegos has completed his Financial obligations to the courts.

## Release Planning

Inmate Gallegos is currently being reviewed for Residential Reentry Center (RRC) placement. He was sentenced in the Western District of Kentucky, where he intends to reside with his step-brother and seek gainful employment, upon completion of his current sentence.
His address and phone number are as follows:
joseph Shugrue
7607 East 65th Street
Kansas City, Missouri 64137
(816) 716-3256

## General Comments

Inmate Gallegos has demonstrated good institutional adjustment at FCC Oakdale (FCI I). He completed payments toward the Inmate Financial Responsibility Program. He has not received one incident report this past year. Inmate Gallegos has maintained contact with his immediate family members, and other outside supporters, by telephone, email and letters since his arrival in the Federal Bureau of Prisons.



**Summary Reentry Plan - Progress Report**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GALLEGOS, ABRAHAM 15419-033

SEQUENCE: 00205725
Report Date: 10-09-2020

```
          Name:  GALLEGOS, ABRAHAM
  Register Num:  15419-033
           Age:  40
  Date of Birth: 06-09-1980
    DNA Status:  TEX04439 / 01-21-2015
```

_____
Inmate   (GALLEGOS, ABRAHAM, Register Num: 15419-033)

10-09-20
Date

_____          _____
Chairperson                         Case Manager
10/9/20                             10/9/20
Date                                Date